PDG Psychological, P.C. v State Farm Mut. Ins. Co. (2021 NY Slip Op
50134(U))

[*1]

PDG Psychological, P.C. v State Farm Mut. Ins. Co.

2021 NY Slip Op 50134(U) [70 Misc 3d 141(A)]

Decided on February 19, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on February 19, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, DAVID ELLIOT, JJ

2019-1370 Q C

PDG Psychological, P.C., as Assignee of
Ismael Marte, Appellant, 
against
State Farm Mutual Insurance Co., Respondent.

Law Office of David O'Connor, P.C. (David O'Connor of counsel), for appellant.
Rivkin Radler, LLP (Stuart M. Bodoff and Cheryl F. Korman of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (Larry
Love, J.), entered October 16, 2018. The order, insofar as appealed from, granted the branch of
defendant's motion seeking to dismiss the complaint on the ground of laches.

ORDERED that the order, insofar as appealed from, is reversed, with $30 costs, the branch
of defendant's motion seeking to dismiss the complaint on the ground of laches is denied, and the
matter is remitted to the Civil Court for a determination of the remaining branch of defendant's
motion.
Insofar as is relevant to this appeal in this action by a provider to recover assigned first-party
no-fault benefits, defendant moved to, among other things, dismiss the complaint on the ground
of laches, based on plaintiff's delay in prosecuting the action. The Civil Court granted this branch
of defendant's motion.
For the reasons stated in V.S. Med.
Servs., P.C. v State Farm Mut. Ins. Co. (67 Misc 3d 142[A], 2020 NY Slip Op
50734[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2020]), the order, insofar as
appealed from, is reversed, the branch of defendant's motion seeking to dismiss the complaint on
the ground of laches is denied, and the matter is remitted to the Civil Court for a determination of
the branch of defendant's motion seeking to dismiss so much of the complaint as sought statutory
no-fault interest (see Rockaway Med.
& Diagnostic, P.C. v State Farm Mut. Ins. Co., 66 Misc 3d 147[A], 2020 NY Slip
Op 50238[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2020]).
ALIOTTA, P.J., WESTON and ELLIOT, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: February 19, 2021